**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| SANDRA REDMOND | : |
| Plaintiff | : |
| v. | : CIVIL ACTION NO. PJM-15-2383 |
| FRANK R. WEBB, CHIEF | : |
| MILTON DEAN, OFFICER | |
| FOREST HEIGHTS POLICE DEPARTMENT | : |
| TOWN OF FOREST HEIGHTS, MUNICIPALITY | : |
| | : |
| Defendants | |

**MEMORANDUM OPINION**

The above-captioned action, filed on August 13, 2015, is the third attempt by Plaintiff Sandra Redmond, a self-represented litigant and Maryland resident, to obtain money damages for alleged civil rights violations based on encounters with members of the Forest Heights Police Department on April 4 and 5, 2011. *See Redmond v. Forest Heights Police Department and Representatives, et al.,* Civil Action No. RWT-14-1056 (D. Md.) ("Redmond I") *see also Redmond v. Webb, et al.,* Civil Action No. GJH-14-3259 (D. Md.) ("Redmond II"). While Plaintiff will be granted in forma pauperis status, her Complaint will be summarily dismissed.

Redmond I was dismissed without prejudice after Plaintiff failed to comply with court order by providing completed summonses as repeatedly directed. ECF No. 9, Civil Action No. RWT-14-1056.

On October 17, 2014, Plaintiff re-filed the Complaint ("Redmond II"), again setting forth allegations of civil rights violations during her April 4 and 5, 2011 encounters with the Forest Heights Police Department. *See Redmond v. Webb, et al.,* Civil Action No. GJH-14-3259 (D.

Md.). The case was dismissed as time-barred on October 23, 2014. *Id.,* ECF No. 3. That determination prevents Plaintiff's instant attempt to litigate the same allegations against the same Defendants.

The Complaint shall be dismissed. A separate Order follows.

August 17, 2015

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE